Leave to file GRANTED

*[signature]* 10/12/11
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Consuelo Jordan<br><br>Plaintiff,<br><br>v.<br><br><br><br>Paul Quander, Director (Former)<br>  CSOSA<br>  633 Indiana Avenue, N.W. Suite 1338<br>  Washington, D.C. 20004<br>And<br><br>Jasper Omar, Director (Interim)<br>  CSOSA<br>  633 Indiana Avenue, N.W. Suite 1338<br>  Washington, D.C. 20004<br><br>And<br><br>Susan Shaffer, Director<br>  PSA<br>  633 Indiana Avenue, N.W. Suite 1200<br>  Washington, D.C. 20004<br><br>And<br><br>Phillip McHugh, MPD Federal Employee Officer<br>  DOJ<br>  DC US Attorney General Office<br>  950 Pennsylvania Avenue, N.W.<br>  Washington, D.C. 20050<br><br>Defendants. | Case Number: 1:11-cv-01486<br>Judge: Bates, John D.<br>Deck Type: Employment Discrimination<br>Jury Trial Demanded<br>Description: CPO/TRO Trial<br>Date Stamp:<br><br>RECEIVED<br>OCT 14 2011 |

## PLANITIFF'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELEIF

I.

1. This is a complaint for declaratory and injunctive relief by the Plaintiff for a violation of her civil

RECEIVED
Mail Room
SEP 15 2011
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

rights in that her rights under the provision of the 1964 Civil Rights Act and the Civil Rights Act of 1866 were violated. In particular it is Plaintiff's position that she was discriminated against due to her race and that she was retaliated against for filing an EEO Complaint. Moreover, Plaintiff submits that her civil rights under the provisions of 42 U.S.C. sec. 1983 were violated in that she was federal permanent employee and judicial officer who was only afforded the rights of a probationary employee, due to Sexual Harassment, Police Brutality after her BA and her having federal service, GS 7 to 12, after attending the University of the District of Columbia with two-degrees, Criminal Justice, Legal Assistant, BA and attending Graduate School, 2003. All Complainant jobs were held her in the DC Metropolitan location while attending Undergraduate and Graduate School Studies, 2003. She also was threatened here for receiving retaliatory threats in Federal position. She was followed and attacked by DC Policing and them harassing her for filing EEO. The Pretrial Services Agency threatened Plaintiff with MPD due to 1984 sealed *molestation/sexual harassment basket ball case.* DC Pretrial Services Agency threatens to get rid of and fire complainant with degrees in Administration of Justice, BA and placed neighborhood signs and played on the internet in 2003 to stop her from Federal position, Benefits, and Employment. These items were missing from plaintiff on the job and home. Complainant reports missing money and assaults to DC Police, due to job discrimination, missing money and items, banking accounts, stolen credit cards, rings, bracelets, shoes, stolen pictures, cars, IRS tax deductions and stolen books.

I.

## JURISDICTION

2. The Jurisdiction of this honorable court is herby invoked pursuant the provisions of:

(a) 28 U.S.C. sex 1331 in that Plaintiff's claim arises under the laws and constitution of the United States.

(b) The Fifth Amendment of the United States Constitution in that this action is bought in that Plaintiff's property rights have been violated.

(c) Title VII of the 1964 Federal Civil Rights Act in that this action is brought to preserve Plaintiff's civil rights.

II.

**PARTIES**

3. Plaintiff, Consuelo Jordan was terminated and sexually retaliated against as a D.C. Pretrial Services Officer, GS 7 step 2 to 12, after her BA. She worked in the Federal government for approximately twelve-years.

While working in the following criminal justice fields/legal settings: U.S. Justice Department, U.S. Attorney's Office, Federal Bureau of Prisons, Tax Division, Civil Division, and the Court Services and Offender Supervision Agency/Pretrial Services Agency.

Even though plaintiff prepared substantive reviews and procedural work and documents for CSOSA, subsequently she was fired after obtaining two-degrees from UDC in her profession of Law. Plaintiff was employed in the Federal Government with a position entailing lifetime services and full-time benefits with law enforcement pay in criminal justice.

Moreover, to further plaintiff aspirations with the Justice Department she obtained from the University of the District of Columbia an A.A.S. Degree in Legal Assistant (1997) and a B.A. degree in Administration of Justice (2000). Her skills and enthusiasm in these challenging areas have afforded her public recognition and many positive performance evaluations. Entering the Trinity College, she earned an M.A. degree in Community Counseling, along with continuing education and graduate school education, the Year of 2003 to present.

4. Paul Quander, is the Former Director of Court Services and Offender Supervision Agency and in such position is responsible for all administrative and personnel decisions.

5. Jasper Omar, is the Former Interim Director of Court Services and Offender Supervision Agency and in such position is liable of all hiring and administrative and personnel decisions and

EEO actions.

6. Susan Shaffer, is the Director of D.C. Pretrial Services Agency and in such position is liable of all hiring and administrative and personnel decisions and actions. Former Director, Susan Shaffer abused her authority and stopped plaintiff, approximately two-years, after her BA.

7. Phillip McHugh, MPD (Officer) was a component of job discrimination of MPD. He participated in harassing the plaintiff and was very unprofessional and mishandled his positions' due to job discrimination. He sexually harassed plaintiff and threatens to get rid of her, due to race: Black and job discrimination. Mr. Phillip McHugh was making high volume of threats and multiple attacks and using scandals to do raping. He used reverse threats, long-wires, and sex scandals to get her in to his bed, due to employment discrimination and retaliation: sexual harassment. He illegal hacked exams along with another MPD Officer fighting her with exams. He refuses to clear-up fights because she lives in the upper North West area and staff reports her to be attractive in field. He threatens to sleep with her daily, refusing to take no for an answer, using long-wires to speak dirty language with him writing sex reports, calls-her up and make- up fighting words, derogatory, and using dirty-talk. He also attacked her through these cell devises with him using sex wires/phones, Sprint Phone, T-mobile, and AT&T and threatens to get rid of her if he can't do raping. He also made promotions to get rid of her if she doesn't gain 190lbs and sleep over night.

III.

## STATEMENT OF FACTS

8. Plaintiff, Consuelo Jordan, is a black female, in 1997, had been employed as an excepted service employee and Federal Transition working full-time schedule in the United States Department of Justice, Legal Assistant Degree, AAS, 1997.

9. At the time of the appointment to the position of the United States Department of Justice, Legal Clerk Typist she was subject to a one year of continuous service prior to receiving federal benefits.

10. In 1997, Plaintiff left the Civil Division, Paralegal Assistant's, and the United States Department of Justice to work in the Bureau of Prisons as a Federal/Legal Clerk Typist, AAS Degree in Legal Assistant. She was given a pay raise on or about December 12, 1999.

11. She executed her appointment affidavit on August 5, 2000, after her BA in Criminal Justice and her appointment was not subject to a trial period with the Justice Department.

12. By August of 2000 Plaintiff had completed a one year probationary period and converted to a permanent federal employee.

13. Subsequently, Plaintiff applied and transferred service for the position to Pretrial Services Officer, after her BA. This position carried with it a two-year probationary period for new appointments to the Federal government sector. The letter informing Complainant of the two-year probationary period did not inform her that acceptance of the position would result in a waiver of her status as a permanent government employee while she was enrolled in graduate school. At the time of her appointment to the position with CSOSA Complaint had at least two and a half years of federal service, after her BA with the Pretrial Services Agency and twelve-years of the Federal government service at the Justice Department and the Court Services and Offender Supervision Agency, after BA. (Attached here to as Exhibit A: 1-4)

14. On August 17, 2000 David Orr, Associate Director of Human Resources issued a memorandum, to all CSOSA Staff entitled Conversation of to Federal Status. In that Memorandum the Agency stated current Staff as well as "new" employees (i.e. those hired on or about August 5, 2000) will serve as "excepted" appointments. At the end of the first year, OPM would re-evaluate the need for excepted hiring authority. All staff must serve a trial period (one year for those with veteran's preference; two-years for all others).

15. Complainant's service compensation date was November 23, 1997 and when she was signed her appointment Affidavit it was determined that her appointment did not require a trial period. Again, at the time of plaintiff appointment to the position with CSOSA complainant had at least two and a half

years of federal service, after her BA with the D.C. Pretrial Services Agency and twelve-years of the Federal government service at the Justice Department/CSOSA 2000. On June 3, 2001 Complainant was given a within grade increase and it was determined that her performance was at an acceptable level of competence.

16. Plaintiff filed a complaint for Job discrimination and Sexual Harassment charges at the D.C. Pretrial Services Agency, due to Employment Discrimination because of her former Supervisor, Michael Kainu harassing her with him receiving a BA at the age of 40. Both directors (Paul Quander and Jasper Omar) attacked plaintiff in her home, due to Sexual Harassment charges being filed against DC Pretrial Services Agency, due to police reports of her having an assault. She filed against D.C. Police Officer (Raymond Hawkins) and him attacking, pulling-down clothes at police station.

17. Pretrial Services Agency placed signs in front of her home and stopped her positions, due to aggravated assault, two-degrees, job discrimination, and her living leaving DC. Staff indicated she is attractive in position and she was followed on the jobs because of her working with DC Federal Courts.

18. Pretrial Services Agency staff members at CSOSA/PSA were stealing welfare money, civil service exams, and watching adult films; some staff got let go at the police station and they smelled like drugs. Staff was fired from the Correctional Facilities in the DC area and being employed at the DC Pretrial Services Agency were plaintiff worked. Staff members at CSOSA/PSA had criminal records, no civil service and/or degrees in a specialized field, they transported urine specimens in their vehicles, copied resumes, complaint letters, abused leave and tardiness. They had bad breathe, smelled like drugs, and the Metropolitan Police Department remanded for them all to stay in their positions due to police records.

19. On or about July of 2001 Complaint was given a satisfactory evaluation for Pretrial Services Agency, Pretrial Services Officer, GS 7 step 2 to 12, but were subsequently terminated due to her race and her receiving competitive service and promotions in Administration of Justice, BA.

20. During the period between July 2001 plaintiff was not informed that her performance was substandard.

21. The Defendant during the period of time in question removed only minority employees one of whom was the plaintiff, due to her filing Sexual Harassment Charges and illegal Discrimination with Agency. (Attached here to as Exhibit B: 1-4).

## STATEMENT OF CLAIMS

### 1.

### RACE DISCRIMINATION

22. Plaintiff incorporates by reference paragraphs 1-21 as though fully stated herein.

23. Plaintiff submits that during the period of August 1999 until August 2011 the majority of the employees terminated were of African-American decent.

24. That similarly situated white employees were not treated the same as those individuals in Plaintiff's protected class.

25. Wherefore, Plaintiff submits discrimination claims and had filed death threats with Agency. She was also harass and threaten by their accomplice, MPD, Phillip McHugh, due to racial fighting's, sexual harassing, and Police Brutality; he performed severe threats, daily sexual wires, bodily harm, and fighting's about a basketball, after BA.

26. Plaintiff also discovered that the DC Metropolitan Police Department (Phillip McHugh) intrigue wrongful fights and thoughts with sex tapes, wirings, and fighting's with illegally hacking exams in New York City using derogatory language, sex talk, and dirty talk and raping; he follows plaintiff daily to get rid of her and jobs, due to job discrimination. (Attached here to as Exhibit "B: 1-4").

27. D.C. U.S. Attorneys, Attorney General *(Eric Holder)* held hate fights against plaintiff, due to DC Policing and Racial Discrimination. They were attacking plaintiff because of black men receiving 15 million yearly, due to basketball in her area. (Attached here to as Exhibit C: 1-4).

28. Mr. Paul Quander and Jasper Omar needs to be removed from their position title and fired due to slipping allegations of disrespect in plaintiff file, due to discrimination. They discriminated against brother's career in professional basketball and degrees in Education that he received in New York, 1984 and his teachings. (Attached here to as Exhibit C:1-4)

29. The D.C. Pretrial Services Agency was stealing from her banking accounts, TSP Plans, slipping employees in her slots, and rehiring them due to her sexual harassment claims.

## 2.

### PLAINTIFF'S PROPERTY RIGHTS UNDER THE FIFTH AMENDMENT WERE VIOLATED

30. Plaintiff incorporates by reference paragraphs 1-29 as though stated in full herein.

31. Plaintiff's service compensation date was November 23, 1997 and when she was signed her appointment Affidavit it was determined that her appointment did not require a trial period (Attached here o as Exhibit A:1-4).

32. At the time of her appointment in the Year 2000 to the position with CSOSA the Complainant had completed two-years of federal service, and twelve-years of service with Federal Agencies. On July 3, plaintiff was given a within grade increase, after BA.

33. DC Pretrial Services Agency/CSOSA harass plaintiff, after her BA with specialized exams in Criminal Justice, due to race discrimination. Staff was fighting for her service degrees, copying plaintiff complaint letters, placing signs in front of home (MPD), and fighting her with retaliation claims of job discrimination.

34. Four men enter plaintiff home to perform sexual harassment and illegal discrimination. MPD Officer, Raymond Hawkins and Phillip McHugh both assaulted plaintiff with using Illegal discrimination.

35. Former directors, Paul Quander and Jasper Omar harass plaintiff because of her having her tuition paid each semester and she had paid for all credit, vehicles, tuition, and had paid off all credit card bills with banking accounts in 2002, due to her filing Sexual Harassment charges. Mr. McHugh (MPD) went to

the D.C. U.S. Attorney's Office to perform an assault to do raping. He also perform perjury, due to civil negligence.

36. On a daily basis, the Pretrial Services Agency refused to train plaintiff, due to her race: Black and her being a former CSOSA employee because of the controversy about staff having criminal charges at D.C. Pretrial Services Agency/CSOSA and Pretrial Services Officer position at higher pay.

38. Plaintiff possess over eight years of experience and thorough knowledge in the provision of legal administration and law enforcement services within judicial and government and criminal justice agencies. Plaintiff developed extensive knowledge and skills in the development of cases for pretrial and pre-release and criminal prosecution, interacting with the U.S. Attorney's office to ensure clear understanding of the statutes and guidelines involved. In plaintiff position as a Pretrial Services Officer GS 7 to 12, she performed assignments in the production of bail reports utilizing criminal justice information systems: interpretation and analyzing the legality of cases daily for a determination on deft's recommendations "administrative/statutory" holds and laws: interviewing, verification, criminal checking criminal records, and statues: retrieving, updating, and entering information in appropriate computer systems, entering and interpretation of cases with appropriate recommendations and laws. (Attached here to as Exhibit A:1-4)

39. On a daily basis, Pretrial Services Agency was able to perform assaults and brought girls into the office to assault and fight plaintiff for competitive service because of plaintiff being employed in the U.S. government, twelve-years. These are examples of incidents during plaintiff Pretrial Services Officer position. Four women entered the office to fight and PSA staff ran out of the office who was known to make trouble, due to job discrimination. To add insult to injury, as the only employee from the CSOSA and PSA at higher pay, she was continually subjected to disrespect, despite documented recognition of her skills and many positive performance evaluations. (Attached here to as Exhibit D:1-4)

## PRAYER FOR RELIEF

Wherefore base on the foregoing Plaintiff prays that this honorable court

   a. Enter an Order finding that Plaintiff was discriminated against due to her race, sex, age, religion and her having great health.

   b. Enter an order enjoining the Defendant (Paul Quander) to remove his-self and any records from making harmful threats to the Plaintiff with only minority employees from jobs and other titles.

   c. Enter an Order finding that Plaintiff at the time of her removal must receive her reimbursement of her having attorney's fees.

   d. Enter an Order finding that plaintiff's property rights under the Fifth Amendment of the United States Constitution was violated.

   e. Enter an Order awarding Plaintiff back-pay and until the entry of an Order of this Court.

   f. Award Plaintiff a total amount in damages for 105. Million.

   g. Award Plaintiff reasonable attorney's fees, due to sealed molestation case because of basketball, job discrimination, and to have a CPO filed against the above defendants in this case, DC Policing and Phillip McHugh, and breaking sealed cases.

   h. Award Plaintiff reimbursement for her graduate school tuition, $ 21, 858.57.

   i. Award Plaintiff reimbursement of her stolen vehicle in New York, $ 13, 000.00.

   j. Award Plaintiff money for damages, stalking, injuries, reimbursement of hospital bills, and federal benefits, $ 100, 000.00.

   k. Award Plaintiff reimbursement of discrimination and her being attack with diabetes (Injuries) of 1 million dollars.

I. Award Plaintiff any other relief this court deems just and proper.