**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                          )
CONSUELO JORDAN,                        )
                                                          )
                        Plaintiff,            )
                                                          )
            v.                                     )        Civil Action No. 11-1486 (JDB)
                                                          )
PAUL QUANDER, *et al.*,                 )
                                                          )
                        Defendants.        )
_____ )


## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the federal defendants' motion to dismiss [Dkt. #12] is GRANTED; it is

FURTHER ORDERED that defendant Phillip McHugh is DISMISSED as a party

defendant; and it is

FURTHER ORDERED that the amended complaint and this civil action are

DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.


                                                        /s/
                                                        JOHN D. BATES
                                                        United States District Judge

DATE:  August 9, 2012